# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEPHEN L. HICKS**                                                                                          **PLAINTIFF**
**ADC #152751**

v.                                     Case No. 4:22-CV-01066-LPR

**ARKANSAS DEPARTMENT OF CORRECTION**                                          **DEFENDANT**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Hicks's Complaint is DISMISSED without prejudice. The Court certifies that, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis appeal* of this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE